**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

|   |   |
|---|---|
| TIMOTHY MILES, on behalf of himself and others similarly situated, | Case No.: 4:20-cv-1186-JAR |
| Plaintiff, |   |
| vs. |   |
| MEDICREDIT, INC., |   |
| Defendant. |   |

**JOINT PROPOSED SCHEDULING PLAN**

COME NOW the parties, by their undersigned counsel, and present their Joint Proposed Scheduling Plan as follows:

(a) The parties agree that **Track 3** is appropriate given the complex discovery issues that may arise due to the class action claims.

(b) The deadline for joining additional parties and amending pleadings shall be **July 16, 2021**.

(c) Federal Rule 26(b)(5)(B) shall govern how the parties will handle inadvertently produced information that is privileged or protected as trial-preparation material

(d) The parties shall complete discovery in accordance with the following schedule:

   (i) Disclosure of information and documents pursuant to Federal Rule 26(a)(1) shall be made by **May 14, 2021.** Disclosure of any documents to be produced pursuant to Rule 26(a)(1) shall be made seven (7) days after entry by the Court of a protective order governing treatment of confidential information;

1

(ii) The parties disagree on whether discovery should be conducted in phases or limited to certain issues, as set forth below:

| **Plaintiff's proposal** | **Defendant's proposal** |
| --- | --- |
| No bifurcation of discovery | Bifurcation of discovery, with discovery on the viability of the merits of Plaintiff's individual claims to precede class discovery |
| Plaintiff shall disclose his experts' identities and reports by **October 1, 2021** | Discovery on the merits of Plaintiff's individual claims shall be completed by **November 15, 2021** |
| Plaintiff shall present his experts for deposition by **October 29, 2021** | Dispositive motions regarding Plaintiff's individual claims shall be filed no later than **January 14, 2022** |
| Defendant shall disclose its experts' identities and reports by **December 3, 2021** | After the Court has ruled on any dispositive motions, the parties will meet and confer to set a schedule governing discovery regarding Plaintiff's class allegations, followed by briefing on class certification (to the extent necessary) |
| Defendant shall present its experts for deposition by **January 20, 2022** | |
| Any rebuttal expert reports must be disclosed by **February 23, 2022** | |
| Plaintiff will file his motion for class | |

| | |
|---|---|
| certification by **January 28, 2022;** Defendant's Opposition shall be due on or before **March 21, 2022.** Plaintiff's Reply shall be due on or before **April 18, 2022** | |
| Discovery shall be completed by **April 1, 2022** | |
| Dispositive motions shall be filed by **April 29, 2022** | |
| Motions to exclude expert testimony shall be filed by **April 29, 2022** | |

    (iii) The parties agree that the presumptive limit of ten (10) depositions per side and twenty-five (25) interrogatories per party shall apply to this case;

    (iv) This case does not require physical or mental examination of the parties.

  (e) The parties agree that mediation may be a viable future option once discovery has been completed, but respectfully request that the Court refrain from ordering mediation at this time;

  (f) The earliest date by which this case should reasonably be expected ready for trial is:

    a. From Plaintiff's perspective: **November 2022**

    b. From Defendant's perspective: **May 2023**

  (g) The parties estimate this case will take approximately 3-4 days to try to verdict.

3

Respectfully submitted,

Dated: May 3, 2021                          */s/ Michael L. Greenwald*
                                                 Michael L. Greenwald (*pro hac vice*)
                                                 GREENWALD DAVIDSON RADBIL PLLC
                                                 7601 N. Federal Highway, Suite A-230
                                                 Boca Raton, FL 33487
                                                 Tel: (561) 826-5477
                                                 mgreenwald@gdrlawfirm.com

                                                 Anthony LaCroix
                                                 LaCROIX LAW FIRM, LLC
                                                 1600 Genessee, Suite 956
                                                 Kansas City, MO 64102
                                                 Tel: (816) 399-4380
                                                 Tony@lacroixlawkc.com

                                                 Counsel for Plaintiff and the proposed classes

                                                 */s/ Megan D. Meadows*
                                                 Scott J. Dickenson, #50478MO
                                                 Megan D. Meadows, #60669MO
                                                 SPENCER FANE LLP
                                                 1 N. Brentwood Blvd., Suite 1000
                                                 St. Louis, MO 63105
                                                 Tel: (314) 863-7733
                                                 Fax: (314) 862-4656
                                                 sdickenson@gdrlawfirm.com
                                                 mmeadows@spencerfane.com

                                                 Counsel for Defendant

**CERTIFICATE OF SERVICE**

    I certify that on May 3, 2021, the foregoing document was filed with the Court using CM/ECF, which will send notification of such to all counsel of record.

                                                 */s/ Michael L. Greenwald*
                                                 Michael L. Greenwald