UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY MILES, on behalf of himself and others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 4:20-CV-01186 JAR |
| MEDICREDIT, INC., ) ) | |
| Defendant. ) | |

**ORDER**

In light of the parties' Notice of Class Action Settlement (Doc. No. 62),

**IT IS HEREBY ORDERED** that all case deadlines shall be **STAYED** for a period of thirty (30) days, **up to and including August 12, 2022**, to permit the parties to finalize their class action agreement and for Plaintiff to file his unopposed motion for preliminary approval of the class action settlement.

Dated this 13th day of July, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

1