UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY MILES, on behalf of himself and others similarly situated, | : : : : : | Case No.: 4:20-cv-1186-JAR |
| Plaintiff, | : : : | |
| vs. | : : : | |
| MEDICREDIT, INC., | : : : | |
| Defendant. | : : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Timothy Miles ("Plaintiff"), with the consent of Medicredit, Inc. ("Defendant") and with no opposition from Settlement Class Members, respectfully moves this Court under Rule 23(e) for final approval of the parties' class action settlement. In support of his motion, Plaintiff states:

1. After nearly two years of contested litigation—which included extensive motion practice, written discovery, and depositions—the parties reached an agreement, with the assistance of a seasoned mediator, on behalf of a nationwide settlement class under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.[1]

2. To that end, Defendant will create a non-reversionary, $1.95 million settlement fund for the benefit of the following settlement class: "All persons in the United States who (a) received a call from Medicredit, Inc. between December 16, 2017 and July 7, 2022 on their cellular telephone, (b) with an artificial or prerecorded voice, (c) for which Medicredit, Inc.'s records

---

[1] The settlement agreement and its exhibits were previously filed with the Court. ECF No. 70-1 at 11-71.

contain a 'WN' designation and an 'MC' and/or 'MD' notation." The settlement will provide more than $157 to each participating Settlement Class Member.

3. On August 23, 2022, this Court preliminarily approved the settlement. ECF No. 71.

4. The settlement, which provides substantial monetary relief to thousands of participating Settlement Class Members, is fair, reasonable, adequate, and in the best interest of Settlement Class Members. Indeed, after a robust notice program, not a single Settlement Class Member objected to any part of the settlement and only two persons excluded themselves from it.

5. Accordingly, Plaintiff and his counsel respectfully request that this Court enter the accompanying agreed order granting final approval.

6. Pursuant to E.D. Mo. L.R. 4.01, Plaintiff also submits and incorporates by reference his memorandum of law in support of his unopposed motion for final approval of class action settlement.

Dated: January 6, 2023

*/s/ Michael L. Greenwald*
Michael L. Greenwald (*pro hac vice*)
Aaron D. Radbil (*pro hac vice*)
Jesse S. Johnson (*pro hac vice*)
GREENWALD DAVIDSON RADBIL PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Phone: (561) 826-5477
mgreenwald@gdrlawfirm.com
aradbil@gdrlawfirm.com
jjohnson@gdrlawfirm.com

Anthony LaCroix
LaCROIX LAW FIRM, LLC
1600 Genessee, Suite 956
Kansas City, MO 64102
Phone: (816) 399-4380
Tony@lacroixlawkc.com

*Counsel for Plaintiff and the settlement class*